IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: | § § | |
| QUALITY INFUSION CARE, INC., | § § | Bankruptcy Case No. 10-36675 |
| Debtor. | § | |
| RANDY W. WILLIAMS CHAPTER 7 TRUSTEE , | § § § | |
| Plaintiff, | § § | Civil Case No. H-13-0412 |
| vs. | § § | Adversary No. 12-3333 |
| ELIZABETH KNAFO, M.D., | § § | |
| Defendant. | § | |

**ORDER GRANTING MOTION FOR WITHDRAWAL OF THE REFERENCE
BY ELIZABETH KNAFO M.D.**

The motion for withdrawal of the reference by Elizabeth Knafo, M.D. is granted. The reference is withdrawn. The claims against Elizabeth Knafo M.D. in the adversary proceeding will be resolved in the United States District Court for the Southern District of Texas.

SIGNED on March 5, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge